IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation authorized to transact business in Maryland, | |
|---|---|
| Plaintiff/Counter-Defendant, | Civil Action No. 1:17-cv-00252-JKB |
| vs. | |
| ADELL PLASTICS, INC., a Maryland corporation, and DOES 1-25 ET AL. | |
| Defendant/Counterclaimant. | |

**INDEX OF EXHIBITS**

| EXHIBIT | | DESCRIPTION |
|---|---|---|
| 1 | | Declaration of Tyler Janowitz |
| | A | Adell Plastics, Inc. Facility Floor Plan |
| 2 | | Declaration of Kellen Langelan |
| | A | Adell Plastics, Inc. Facility Floor Plan |
| 3 | | Declaration of David Adkins |
| 4 | | Declaration of Matthew Bury |
| 5 | | Declaration of Lukas Melcher |
| 6 | | Declaration of John Schreiber, Jr. |
| 7 | | Declaration of Ben Singer |
| 8 | | Declaration of Donald Riley |
| 9 | | Declaration of John Bryan |
| | A | Adell Plastics, Inc. Facility Floor Plan |
| | B | October 11, 2016 email correspondence |
| | C | John Bryan's State Fire Marshall Certification |
| 10 | | Declaration of Thomas Scally |

|    |    |    |                                                                     |
|----|----|----|---------------------------------------------------------------------|
|    | A  |    | Adell Plastics, Inc. Facility Floor Plan                            |
| 11 |    |    | Declaration of Daniel L. Arnold, PE, FSFPE                          |
|    |    | 1  | Curriculum Vitae of Daniel L. Arnold, PE, FSFPE                     |
|    |    | 2  | Photographs of PIV 1 taken October 12, 2016                         |
|    |    | 3  | Photographs of PIV 2 taken October 12, 2016                         |
|    |    | 4  | Photographs taken by Exponent                                       |
| 12 |    |    | Declaration of Frederick W. Mowrer, PhD, FSFPE                      |
|    | A  |    | Curriculum Vitae of Frederick W. Mowrer, PhD, FSFPE                 |
|    | B  |    | List of Materials reviewed by Frederick W. Mowrer, PhD, FSFPE       |
|    | C  |    | Preliminary Report of Frederick W. Mowrer, PhD, FSFPE               |
|    | D  |    | NISTIR 6196-1 provisions                                            |
| 13 |    |    | Declaration of Richard Thomas Long, Jr., P.E.                       |
|    | A  |    | Curriculum Vitae of Richard Thomas Long, Jr., P.E.                  |
|    | B  |    | Select materials reviewed by Richard Thomas Long, Jr., P.E.         |
|    | C  |    | Adell Plastics, Inc. Facility Floor Plan                            |
|    | D  |    | February 28, 2018 Exponent Report                                   |
|    | E  |    | Still photographs of surveillance camera footage of fire            |
|    | F  |    | Witness Diagrams                                                    |
|    | G  |    | Photograph of WBAL SkyCam video footage                             |
|    | H  |    | Photograph of WBAL SkyCam video footage                             |
|    | I  |    | Photographs of PIV # 1 and the padlock                              |
|    | J  |    | Photographs of gates and secured area around Building 5             |
|    | K  |    | Photographs taken by Detective Scally on October 5 and 6, 2016      |
|    | L  |    | NFPA 13 provisions                                                  |
|    | M  |    | Fire Prevention Code of Baltimore County provisions                 |
|    | N  |    | NFPA 25 provisions                                                  |
|    | O  |    | NFPA 25 provisions                                                  |
| 14 |    |    | Declaration of Carl Willms                                          |
|    | A  |    | Curriculum Vitae of Carl Willms                                     |
|    | B  |    | NFPA 25 provisions                                                  |
|    | C  |    | U.S. Experience with Sprinklers article                             |
|    | D  |    | NFPA 72 provisions                                                  |
|    | E  |    | Model 5104B Fire Communicator Manual                                |
|    | F  |    | Photo Copy of UL-864 (8th Ed.( Section 73.2.9)                 |
|    | G  |    | February 16, 2015 AlarmWatch Reports                                |

|    | H | Digital Communication Standard- Contact ID Protocol for Alarm System Communications |
|    | I | October 4, 2016 AlarmWatch Reports |
|    | J | Photograph of fire alarm circuit cable |
|    | K | January 20, 2016 AlarmWatch Reports |
|    | L | Fireline Inspection Reports |
| 15 |   | Declaration of Mark R. Newton, CPA |
|    | A | Curriculum Vitae of Mark R. Newton, CPA |
|    | B | Adell's Business Personal Property Listing |
|    | C | Adell's Raw Material and Work-In-Process Inventory |
| 16 |   | Declaration of Matthew Campen |
|    | A | Property Loss Notice |
|    | B | October 27, 2016 Reservation of Rights Letter |
|    | C | Adell's November 17, 2016 Response to Reservation of Rights Letter |
|    | D | November 29, 2016 letter from Mt. Hawley to Adell |
|    | E | December 2, 2016 letter to Adell seeking examination under oath |
|    | F | December 16, 2016 letter to Adell regarding preservation of evidence |
|    | G | Email exchange between Adell's and Mt. Hawley's attorneys |
|    | H | January 4, 2017 letter from Adell's counsel |
|    | I | Mr. Nava's Report dated February 28, 2017 |
|    | J | Dr. Mowrer's Report dated March 15, 2017 |
|    | K | Detective Scally's Report |
|    | L | January 27, 2017 letter to Adell denying coverage |
| 17 |   | Declaration of Michael Spadea |
|    | A | Photographs of scene taken by Michael Spadea on October 12, 2016 |
|    | B | Email correspondence from Tom Scally to Michael Spadea |
| 18 |   | Declaration of Michael S. Errera |
|    | A | October 6, 2016 email correspondence to Wayne Coffey |
|    | B | October 12, 2016 email correspondence from Wayne Coffey |
| 19 |   | Declaration of Eugene R. Adami |
| 20 |   | Declaration of John Stenhouse |
|    | A | Mt. Hawley Insurance Policy |
|    | B | Adell's insurance application |
| 21 |   | Declaration of Kwasi Koranteng |
|    | 1 | Kwasi Koranteng's Narrative Report |
| 22 |   | Declaration of Dean Burnick |

|    |   |                                                                                                   |
|----|---|---------------------------------------------------------------------------------------------------|
|    | A | Thumb drive containing electronic evidence and photographs                                        |
|    | B | February 17, 2015 Fireline Field Report                                                           |
|    | C | December 23, 2014 Contract Between Fireline and Adell                                             |
|    | D | Fireline's January 20, 2016 Inspection Report                                                     |
|    | E | AlarmWatch's Raw Data Report                                                                      |
|    | F | Hanover's December 15, 2015 Loss Control Status Report                                            |
|    | G | Hanover's October 8, 2014 Potential Loss Re-Evaluation Report                                     |
|    | H | Hanover's July 18, 2011 Potential Loss Evaluation Report                                          |
|    | I | Hanover's October 13, 2015 Emails                                                                 |
|    | J | April 13, 2016 Emails Between Coffey & Co. and Hanover                                            |
|    | K | March 2, 2016 emails between Coffey & co. and Hanover                                             |
|    | L | Composite of Emails Re Coffey & Co.'s Marketing and 2016-2017 Proposal. [Filed with Motion to Seal Exhibit] |
|    | M | October 14, 2016 Emails Between Scally to Byran                                                   |
| 23 |   | Compendium of Deposition Testimony                                                                |
|    | A | Deposition of Paul Ferguson (8/28/17)                                                             |
|    | B | Deposition of Paul Ferguson (1/20/18)                                                             |
|    | C | Deposition of John Saia (8/28/17)                                                                 |
|    | D | Deposition of Samer Badra (9/1/17)                                                                |
|    | E | Deposition of Joseph Overstreet (8/29/17)                                                         |
|    | F | Deposition of Frank Osei-Tutu (9/2/17)                                                            |
|    | G | Deposition of Thomas Scally (1/12/18)                                                             |
|    | H | Deposition of John Bryan (1/12/18)                                                                |
|    | I | Deposition of Wayne Coffey (1/29/18)                                                              |
|    | J | Deposition of Wayne Coffey (3/6/18)                                                               |
|    | K | Deposition of Evan Krozy (3/20/18)                                                                |
|    | L | Deposition of Denise Hicks (1/31/18)                                                              |
|    | M | Deposition of Anna Gavin (1/23/17)                                                                |
|    | N | Deposition of Arthur Delheim (2/1/18)                                                             |
|    | O | Deposition of Frank Chenowith (1/23/17)                                                           |
|    | P | Deposition of Donavan Maden (2/2/18)                                                              |
| 24 |   | Compendium of Demonstrative Exhibits                                                              |
|    | A | Google Earth Image of Adell Facility                                                              |
|    | B | Google Earth Image of Adell Facility                                                              |

|  | C | Google Earth Image of Adell Facility |
|---|---|---|
|  | D | Floor Plan of Adell Facility |
|  | E | Floor Plan of Adell Facility with Equipment |
|  | F | Floor Plan of Adell Facility with Systems and Fire Origin |
|  | G | Floor Plan of Buildings 3, 4, and 5 |
|  | H | Floor Plan with Locations of Outdoor Cameras |
|  | I | Floor Plan with Locations of Indoor Cameras |
|  | J | Images and View from Camera 1 |
|  | K | Close up Image from Camera 1 |
|  | L | Images and View from Camera 16 |
|  | M | Images and View from Camera 16 |
|  | N | Field of View and Images from Samer Badra's Cell Phone Video |
|  | O | Post-Loss Point of View Diagram |
|  | P | Floor Plan Mapping Samer Badra's Path Through Facility |
|  | Q | Floor Plan Mapping Paul Ferguson's Path Through Facility |
|  | R | Floor Plan Mapping Joseph Overstreet's Path Through Facility |
|  | S | Floor Plan Mapping John Saia's Path Through Facility |
|  | T | Floor Plan Mapping Frank Osei-Tutu's Path Through Facility |
|  | U | Floor Plan Mapping Police Officers' Path Through Facility |
|  | V | Floor Plan Mapping Fire Department's Path Through Facility |
|  | W | Floor Plan Mapping Fire Department's Path Through Facility |
|  | X | Floor Plan Mapping All Eyewitnesses' Paths Through Facility |
| 25 |  | Notice of Lodgment of Electronic Evidence |
|  | A | Video of fire taken by Samer Badra October 4, 2016 at 1:05:26 pm |
|  | B | Photograph from cell phone video of fire taken by Samer Badra |
|  | C | Photograph from cell phone video of fire taken by Samer Badra |

2394