## INDEX OF EXHIBITS

| Exhibit | Description | Date |
|---|---|---|
| 1 | Excerpts from Scally Deposition | January 12, 2018 |
| 2 | Letter to Mt. Hawley's Trial Counsel | January 22, 2018 |
| 3 | Excerpts from the Bryan Deposition | January 12, 2018 |
| 4 | Mt. Hawley's Amended Responses to Adell's First Set of Interrogatories | September 22, 2017 |
| 5 | Excerpts from Driscoll Deposition | December 15, 2017 |
| 6 | Excerpts from Errera Deposition | January 30, 2018 |
| 7 | Excerpts from Spadea Deposition | December 13, 2017 |
| 8 | (*Spadea-19*) Spadea Photographs | October 5, 2016<br>October 12, 2016 |
| 9 | Excerpts from Adami Deposition | December 12, 2017 |
| 10 | Excerpts from Stenhouse Deposition | December 20, 2017 |
| 11 | Excerpts from Koranteng Deposition | January 11, 2018 |
| 12 | Composite Exh. – Spadea / Exponent Photographs | October 7, 2016<br>December 1, 2016 |
| 13 | Mt. Hawley's Response to Adell's Second Set of Interrogatories | October 9, 2017 |
| 14 | Excerpts from Chenowith Deposition | January 23, 2018 |
| 15 | Excerpts from Ferguson Deposition | January 30, 2018 |
| 16 | Excerpts from Hicks Deposition | January 31, 2018 |
| 17 | Excerpts from Osei-Tutu Deposition | September 7, 2017 |
| 18 | (*Osei-Tute-20*) Diagram Used During Deposition | September 7, 2017 |
| 19 | Excerpts from Krozy Deposition | March 20, 2018 |
| 20 | Excerpt from Mt. Amended Responses to Adell's First Set of Request For Production Of Documents | September 22, 2017 |