IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MT. HAWLEY INS. CO., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-252 |
| ADELL PLASTICS, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED:

1. Mt. Hawley's Motion to Strike (ECF No. 107) is DENIED.

2. Adell's Motion to Strike (ECF No. 116) is DENIED.

3. Adell's Motion for Summary Judgment (ECF Nos. 94, 118) is DENIED pursuant to Federal Rule of Civil Procedure 56 (a).

4. Mt. Hawley's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment (ECF No. 110) is GRANTED IN PART as to restitution (First Claim for Relief) and DENIED IN PART as to declaratory judgment (Second Claim for Relief) pursuant to Federal Rule of Civil Procedure 56 (a).

DATED this 11th day of October, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge