IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ADELL PLASTICS, INC., | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-00252 |
| MT. HAWLEY INS. CO., | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED:

1. Adell's "Motion to Exclude Mark Newton" (ECF No. 161) is DENIED pursuant to Federal Rule of Evidence 702, and Mark Newton is ORDERED to attend each day of trial so that he may properly testify as a summary expert witness.

2. Adell's "Motion to Exclude Jeffrey W. Stempel" (ECF No. 167) is GRANTED pursuant to Federal Rule of Evidence 702.

3. Adell's "Motion to Exclude Carl Willms" (ECF No. 163) is DENIED pursuant to Federal Rule of Evidence 702.

4. Adell's "Motion to Exclude R. Thomas Long" (ECF No. 162) is DENIED pursuant to Federal Rule of Evidence 702.

5. Adell's "Motion to Exclude David[1] Arnold" (ECF No. 164) is DENIED pursuant to Federal Rule of Evidence 702.

6. Adell's "Motion to Exclude Frederick Mowrer" (ECF No. 166) is DENIED pursuant to Federal Rule of Evidence 702.

---

[1] Although the motion to exclude refers to "David," the expert's name is Daniel.

7. Mt. Hawley's "Motion to Exclude Expert Testimony of Dr. Richard Roby and Dr. Michael Klassen" (ECF No. 171) is DENIED pursuant to Federal Rule of Evidence 702.

DATED this _18_ day of June, 2019.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge